UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.:  5:26-cv-02124-SSS-CTS                          Date:  June 26, 2026

Title:   Khiry Jefferson v. Warden

Present:    The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):**          **Order to Show Cause**

On April 10, 2026, the Court received from Petitioner Khiry Jefferson, a federal inmate currently incarcerated at USP Victorville, a document that indicates an intent to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Section 2241") ("Petition").  (ECF No. 1.)  The Petition is a one-page letter dated March 4, 2026, to which is attached what appears to be an annotated copy of a presidential executive order dated February 7, 2025.  (*Id.*)  The case was transferred to the calendar of Magistrate Judge Christina Shay on June 8, 2026.  (ECF No. 6.)

The Petition does not appear on Form CV-27, the standard form for Section 2241 petitions approved and supplied by the Central District of California for use in this Court.  Pursuant to Rules 1(b) and 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts ("Habeas Rules"), a habeas petition filed in this district must substantially follow the standard form for federal habeas cases approved and supplied by the Court.  The information required by Form CV-27 is critical so that the Court can meet its duty under Rule 4 of the Habeas Rules to ascertain whether the procedural requirements for a habeas action have been met.

Petitioner is therefore **ORDERED** to file, by no later than **July 31, 2026**, an amended petition that incorporates a completed Form CV-27, a blank copy of which is attached to this Order.

**Petitioner is cautioned that failure to respond to this Order by July 31, 2026 will result in a recommendation that the Petition be dismissed without prejudice for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b).**

This Order is non-dispositive.  However, if Petitioner believes this order erroneously disposes of any of his claims or precludes any relief sought, he may file objections with the district

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.:  5:26-cv-02124-SSS-CTS                    Date:  June 26, 2026

Title:    Khiry Jefferson v. Warden

judge within twenty (20) days after the date of the Order.  *See Bastidas v. Chappell*, 791 F.3d 1155, 1162 (9th Cir. 2015); Fed. R. Civ. P. 72(a); C.D. Cal. L.Rs. 72-2.1, 72-3.4.


It is so ordered.


Attachments

Form CV-27 (Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241))