UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No. 5:26-cv-02124-SSS-CTS Date: September 15, 2026

Title *Khiry Jefferson v. Warden*

Present: The Honorable CHRISTINA T. SHAY, United States Magistrate Judge

| Marina Moreno-Carrillo | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers):** **Order to Show Cause Why This Court Should Not Recommend Dismissal**

On April 10, 2026, the Court received from Petitioner Khiry Jefferson ("Petitioner"), a federal inmate incarcerated at USP Victorville, a document indicating an intent to file a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 ("Petition"). (Pet., ECF No. 1.) However, the Petition failed to appear on, or substantially follow, the standard Form CV-27. (*See id.*) Thus, on June 26, 2026, the Court issued an Order to Show Cause ordering Petitioner to file an amended petition incorporating the completed Form CV-27 ("OSC"). (ECF No. 7.) The Court cautioned Petitioner that failure to do so **"by July 31, 2026 will result in a recommendation that the Petition be dismissed without prejudice for failure to prosecute and failure to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b)." (*Id.* at 1.)**

On July 9, 2026, the Court received a document that the Clerk's Office docketed as "Mail Returned" but which is not, in fact, mail returned as undeliverable by the United States Postal Service. (ECF No. 8.) Rather, it appears that Petitioner received the service copy of the OSC, then took that copy—without adding any annotations or explanation as to his purpose in doing so—placed it in a new envelope (on which was handwritten Petitioner's return address), and mailed it back to the Court. (*See id.*) This cannot be considered, in any fashion, a response sufficient to discharge the OSC. No other documents have been received from Petitioner as of the date of this Order. Thus, Petitioner has failed to substantively respond to the OSC.

The Court will provide Petitioner with one last chance to comply with the Court's directive. Petitioner is therefore again **ORDERED TO SHOW CAUSE,** by **October 31, 2026,** why the Court should not recommend that this case be dismissed for failure to comply with Court orders and for failure to prosecute. *See* Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1. If Petitioner files an amended

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02124-SSS-CTS Date: September 15, 2026

Title *Khiry Jefferson v. Warden*

petition **using the attached Form CV-27** on or before that date, the prior OSC and this Order to Show Cause will be discharged, and no additional action will be necessary.

**Again, Petitioner is advised that failure to comply with this order may result in a recommendation that the lawsuit be dismissed for failure to prosecute and/or comply with court orders**. ***See*** **Fed. R. Civ. P. 41(b); C.D. Cal. L.R. 41-1.**

It is so ordered.

Attachments
Form CV-27 (Petition for Writ of Habeas Corpus by a Person in Federal Custody (28 U.S.C. § 2241))